Wesley L. Givens 294844,
plaintiff,

v.

Daniel Harrouff, John Palmer,
Jayala Shervey, Kameron Lane
Sgt Lite, Officer Parkieven of
Dept of Corrections of South
Carolina.
Defendants

United District Court
Grievance no: PCI-0533-20

RECEIVED USDC CLERK, CHARLESTON, SC 2020 OCT 13 PM 12:07
RECEIVED USDC CLERK, COLUMBIA, SC 2020 OCT 7 AM 11:57

TO: Page Gasset, Judge

RE: PREA/Physical Assaults,
PREA Harrasment/Retaliation

Motion for Injunction for Immediate Release/Seperation

Dear Yohonor,

My Reason for Writing You directly for this motion is I've tried to work through out the South Carolina Grievance system as well as police service system for inmates nothing has been done but Acts of Retaliation and violation of serval of United States Amendments. Being denied food, medical, placed in cell for hours in cuffs in hard restraints, Placed in Black Restraint chair for no Reason, officers often use the word Aggression to Retaliate toward inmates like [self] who file for Prea, physical Assault Placed in Cell with no inside or outside view which is illegal in South Carolina. Mail/legal being taken Read for weeks. There's a video of the physical/sexual Assault I'd like viewed by SLED or someone Righteous for Reason of Criminal/Civil Action. No Policies in South Carolina are being followed SCDC policy OP-22.38, 22.15, 22.01, 13.10.08. All being violated. I fear for my life because the Cpt Daniel Harrouff stated Hang yourself like the last boy at Perry C.I. O-Dorm Y-10. John Palmer (Deputy Warden), Daniel Harrouff at of RHU had an altercation 2019 I was transferred to another institution as a Resolution. Since I've arrived to Perry 8-27-2020 to 9-3-2020 I've been sexually/physically Assaulted Repeatedly as a form of Retaliation of filing inmate grievance. Policy states there should be no Retaliation also for those charges there should be immediate seperation or Release. Could You please grant my motion I've been disciplinary free until sent to Perry I'd also like to see a Real investigator. I've been sentenced for my Crime yohonor.

This motion is Sworn and True Under Perjury!

Yours Truly,

Wesley L. Givens

CC: Judge Page Gasset