IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Wesley L. Givens
#294844

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

See Attached

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. C/A NO 9:20-3554-DCC-MHC
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

RECEIVED USDC
CLERK, CHARLESTON, SC
2021 JAN 21  AM 9:56

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

1

Page #2

Complaint for violation of Civil Rights

1) Deputy Warden John Palmer ID# 050210

2) Captain Daniel Harouff ID# 034018

3) L.T. Burzinski ID# 049940

4) Sgt. K. Lave now a L.T. on night shift

5) Sgt. Lite

6) Sgt. Kayala Shervey ID# C062010

7) Officer Poiterien ID# 063849

8) Officer McCuen ID# 064257

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name _Wesley L. Givens_
   All other names by which you have been known: _____

   ID Number _#294344_
   Current Institution _Perry C.I._
   Address _430 Oaklawn rd_
   _Pelzer, S.C. 29669_

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
      Name _Deputy Warden John Palmer_
      Job or Title (if known) _Deputy Warden overseer on Restrictive housing unit_
      Shield Number _ID# U50210_
      Employer _South Carolina Dept of Corrections_
      Address _430 Oaklawn rd_
      _Pelzer, S.C. 29669_
      ☑ Individual capacity    ☑ Official capacity

   Defendant No. 2
      Name _Captain Daniel Harouff_

2

Job or Title (if known): Cpt on Restrictive housing unit D-Dorm
Shield Number: ID# 034018
Employer: South Carolina Dept of Corrections
Address: 430 Oaklawn rd
Pelzer S.C 29669

☑ Individual capacity     ☑ Official capacity

Defendant No. 3

Name: LT. Burzinski
Job or Title (if known): LT on Restrictive housing unit
Shield Number: ID# 049940
Employer: South Carolina Dept of Corrections
Address: 430 Oaklawn rd
Pelzer S.C 29669

☑ Individual capacity     ☑ Official capacity

Defendant No. 4

Name: Sgt. K Lavie now a Lt. on night shift
Job or Title (if known): LT on Restrictive housing unit
Shield Number: Unknown
Employer: South Carolina Dept of Corrections
Address: 430 Oaklawn rd
Pelzer S.C 29669

☑ Individual capacity     ☑ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

The Parties to this Complaint

**Defendant no. 5**

Name: Kayala Shervey
Job or Title (if known): Sgt on Restrictive housing unit
Shield number: ID# C062010
Employer: South Carolina Dept of Corrections
Address: 430 Oaklawn Rd
Pelzer, S.C 29669

☒ Individual Capacity   ☒ Official Capacity

**Defendant no. 6**

Name: Officer Poitevien
Job/Title (if known): Officer on Restrictive housing unit
Shield Number: ID# 063849
Employer: South Carolina Dept of Corrections
Address: 430 Oaklawn Rd
Pelzer, S.C 29669

☒ Individual Capacity   ☒ Official Capacity

**Defendant no. 7**

Name: Sgt. Lite
Job/title (if known): Sgt at Perry C.I./ Restrictive housing Unit
Shield number: Unknown
Employer: SCDC/ South Carolina Dept of Corrections
Address: 430 Oaklawn rd
Pelzer S.C 29669

☒ Individual Capacity   ☒ Official Capacity

**Defendant no. 8**

Name: Officer McCuen * (Resigned)
Job/title if known: Officer Restrictive housing unit
Shield number: ID# 064257
Employer: South Carolina Dept of Corrections
Address: 430 Oaklawn rd
Pelzer S.C 29669

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)   *(using both)*
☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

5th Ammendment, medical, food, Mattress, Blanket, Socks & Boxers, Sheets, Dental, Right to have Policy/Procedures enforced, to speak to Attorney, 1st Ammendment, Safety/Security of SCDC.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

1st, 5th, 8th, 14. Ammendments.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

~~the defendant~~   Attached sheet

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee

4

Answer to question D:

Deputy Warden John Palmer- Acted with Negligence, violation of 5th and 8th Amendment, Breech of Code, Misconduct in office, Deliberate Indifference with (wanton), Prediuce, Racial Profiling, Act of Retaliation, Intentional Infliction of Emotional Distress, violation of state rules/Policies, Excessive use of force, Corporal Punishment, violation of SCDC 22.38, 22.11, 22.13. Damages.

Captain Daniel Harouff- Same as Above...

LT. Burzinski- Purjury, excessive use of force, violation of State Rules/Policies, Misconduct in offices, Breech of Code, Intentional Infliction of Emotional Distress, Act of Negligence, violation of 1st, 5th, 8th Ammendment, Damages.

LT. Laue Was a Sgt Aug 27, 2020- Sexiual Assault & Battery, Physical Assault & Battery, Act of Retaliation, Act of Prejudice, Misconduct in office, Breech of Code, Intentional Infliction of Emotional Distress, violation of state rules/Policies, Excessive use of force, Corporal Punishment, Deliberate Indifference with wanton, Damages.

Sgt Lake- Same As Above for LT Laue

Sgt Kayala Shervey- Same As Above for LT. Laue

Officer Poitevien- Same As Above for LT. Laue

Officer McCuen- Same As Above for LT. Laue

- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Perry Correctional Institution - main gate, D-Dorm - medical and 4-Wing room #18/hallway

C. What date and approximate time did the events giving rise to your claim(s) occur?

Between 7:30 pm - 9:30 pm Aug 27, 2020

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Attached Document

5

On August 27, 2020 I Arrived at Perry CI on the van once at Maingate I was approach by 8 to 12 Perry officer Deputy Warden John Palmer being the first, in which he stated You still a Asshole when I asked did he still work at Perry in doing so Sgt Live who's now a LT. stated do You remember me I stated No due to the fact the All had on (Riot Gear) BLACK All over for just Me at this time Approx between 7:30pm-8:30pm I was snatched off the van the back portion in face Restraints landing face first Cracking teeth and scaring Right side of my face. 3 nurses were getting off Ms. Hernadez and 2 other nurses that Could be seen leaving on that day on Perry Institional Camera. I was then snatched up off the ground by Restraints told to Walk to D-Dorm which quarter mile or more being pushed by Sgt. Lite and LT. Love whom use to be a Sgt. Leg Irons Cutting into my Ankle. Once I Arrived to D-Dorm face was slammed against door glass picked up slammed in full Restraints by LT. Burzinski, LT/Sgt Love, Sgt Lite, officer Poitevien, officer McCuen while Cpt Harrouff and Deputy Warden John Palmer Watched. I was picked up by Restraint Cutting into Skin (hard Restraints) Carried to Medical Drop on the floor in which the George Floyd position was Applied on Stomache, on Neck, on shoulder stopping breathing "I stated I can't Breath" at this time I was denied Medical snatched up by Restraints Carried down D-Dorm 4 wing in front 4-18 when several Inmates screamed why yall doing that Man like that he didn't do anything That's when Deputy Warden John Palmer he did Nothing this time it's from last Year You keep talking you hart at this time my thermal, uniform, shoes, had been removed by being Cut off I was pick-up in Boxer slammed on Coflete slabb head fused Against the Coflete when I heard Sgt Lite and LT/Sgt Love discussing who was going to (Spread my butt) to look if anything was in it. At this time a finger was placed in the Crack of my Butt spreaded while everyone else look on the use of hice Camera was to be on the entire time but Sgt. Shirvey walked away when I started saying get your hand off my butt I was then kneed, Punched, snatched up to have another strip search at door. my Boxers were taken left in room with nothing Completely Naked. Also denied Medical treatment force to walk Around my cell and talk to inmates for Comfort.

Witness: Nurse Hedgecock - worknights
Nurse Hernadez - Resigned

Michael Arnold - Max out Soon    Also Agent James from Police Service
Donquavious Davis - # 364690
Brian Garris -
Institutional Camera

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Slammed on my face and shoulder, Teeth chipped shoulder/back pain (chronic) Pick-up by restraints leaving Scarres on rist/Ankles. Scratches on me due to Sexual Assault/Battery. Denied Medical Attention on that day seen (APPX) Aug 29 or 30, 2020 I Believe. Mental Trauma, Depression, Now on Mental Health taking Mental Medication. I required X-Ray, CT scans, Area treatment.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want criminal charges on Each officer, officer to be fired, Reconstruction of ~~administration~~ Administration. I Request $ 250,000 for pain and suffering: Scares, trauma, mental Anguish shoulder, sexual and physical Assault, ~~[redacted]~~ Teeth, BackPain (chronic) denial of Medical treatment sleeping on Confiete Naked. Need to see spine Doctor/Therpy

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑  Yes

☐  No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Perry Correctional Institution

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑  Yes

☐  No

☐  Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐  Yes

☐  No

☑  Do not know

If yes, which claim(s)?

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑  Yes

☐  No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Perry Correctional Institution

2. What did you claim in your grievance?

   Everything that took place, what policy violated, dates, time, as far as what action Requested.

3. What was the result, if any?

   Warden stated be responsible for words and actions so I wrote the Court.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/o Appeal process given, I wrote the South Carolina Supreme they wrote the Director Brian Stirling he Contacted General Counsel who Contacted Perry C.I. in which nothing happened acts of Retaliating.

8

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    I did No Response As of 01-19-2021 Incident 08-27-2020

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    Warden Williams, Warden Earlie, Warden Duffie, Police service, Grievance people, South Carolina Supreme Court

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    Police Service notified through Star 22 Spoke to investigator Jarpes (female) Nothing done since Aug 27, 2020 But Retaliation. Also Warden, Director through Court, Cpt Heroutt.

    (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) [Attached behind page #9]

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

Continuance for question G

Spoke to investigator Carter who was an officer at Perry worked with all officials tried to get me to stop filing paper in supposed to be a Confidential meeting with me and him come to find Chandler Contraband officer was sitting in a room attached to investigator office. Once that was witnessed contact Supreme Court again filed grievance havent heard anything Perry tries to keep everything in house.



If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Still Pending (just started)

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☑ Yes

   ☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) Wesley L. Givens
      Defendant(s) Attached sheet

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      United States District Court of South Carolina

   3. Docket or index number

      C/A no 9:20-3666-DCC-MHC

   4. Name of Judge assigned to your case

      Magistrate Judge Molly H. Cherry

   5. Approximate date of filing lawsuit

      11/19/2020

   6. Is the case still pending?

      ☑ Yes
      ☐ No

11

Question Page #11 Section D

1) Warden Charles Williams

2) Admin Warden Carter Earlie

3) Associate Warden Susan Duffie/Duffy

4) Major Bennett ID# C028532

5) Deputy Warden John Palmer ID# D50210

6) Captain Daniel Harouff ID# 034018

7) LT. Lave was a Sgt

8) Officer Poitevien ID# 063849

9) Nurse A. Green Harouff (Cpt Harouff wife)

10) Mail clerk Ms. Merchant

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ Still Pending just started. _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff     *Wesley L. Givens*
Printed Name of Plaintiff     Wesley L. Givens
Prison Identification #     #294844
Prison Address     Perry Correction Institution
                   Pelzer            S.C            29669
                   City              State          Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____

12